No. D–2272. IN RE DISBARMENT OF PEES. Disbarment entered. [For earlier order herein, see 534 U. S. 806.].

No. 01M43. DENNIS *v.* MEADOWS, WARDEN; and

No. 01M44. GENTERY *v.* ROE, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 01–309. HOPE *v.* PELZER ET AL. C. A. 11th Cir. [Certiorari granted, 534 U. S. 1073 and 1120.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–651. JPMORGAN CHASE BANK *v.* TRAFFIC STREAM (BVI) INFRASTRUCTURE LTD. C. A. 2d Cir. [Certiorari granted *sum nom. Chase Manhattan Bank* v. *Traffic Stream (BVI) Infrastructure Ltd.*, 534 U. S. 1074.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–679. GONZAGA UNIVERSITY ET AL. *v.* DOE. Sup. Ct. Wash. [Certiorari granted, 534 U. S. 1103.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–682. BARNES, IN HER OFFICIAL CAPACITY AS MEMBER OF THE BOARD OF POLICE COMMISSIONERS OF KANSAS CITY, MISSOURI, ET AL. *v.* GORMAN. C. A. 8th Cir. [Certiorari granted, 534 U. S. 1103.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–419. CITY OF COLUMBUS ET AL. *v.* OURS GARAGE AND WRECKER SERVICE, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 534 U. S. 1073.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Kansas et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 01–8831. IN RE THURSTON. Petition for writ of habeas corpus denied.